Commonwealth *v.* Womack, Appellant.

Before McGLYNN, JR., J., without a jury.

Argued June 18, 1974. *Eugene John Lewis*, with him *Raymond Granoff*, for appellant; *Steven H. Goldblatt*, Assistant District Attorney, with him *David Richman* and *Mark Sendrow*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Order affirmed.